FAYE SANKIN, Administratrix of the Estate of SAM SANKIN, Deceased, et al., Appellants, v. FORD MOTOR COMPANY et al., Respondents.—

Rabin P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.